IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| | |
|---|---|
| Leo Phillips, Jr., | Case No. 4:18-CV-01655-MGL-TER |
| Plaintiff, | |
| vs. | **ORDER DISMISSING 1983 CLAIMS AND REMANDING CASE TO STATE COURT** |
| City of Mullins Police Department; City of Mullins and PFC J. Pope, | |
| Defendants. | |

This matter is before the Court upon joint motion of the parties requesting that any Federal law claims, including those brought pursuant to 42 U.S.C. 1983 be dismissed and the case be remanded back to state court. It is hereby

ORDERED that all Federal law claims, including those brought pursuant to 42 U.S.C. 1983, are hereby dismissed. It is

FURTHER ORDERED that the remaining causes of action, which are brought pursuant to state law, are hereby remanded back to State Court.

s/Mary Geiger Lewis
The Honorable Mary Geiger Lewis
United States District Judge

February 28, 2019