# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | |
|---|---|
| Leo Phillips, Jr.<br>*Plaintiff*<br>v.<br>City of Mullins Police Department, City of Mullins and PFC J. Pope<br>*Defendant* | Civil Action No. 4:18-cv-1655-MGL |

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one):*

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($___), which includes prejudgment interest at the rate of ___ %, plus postjudgment interest at the rate of ___ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

■ other: This case is dismissed and the remaining claims are remanded back to state court.

This action was *(check one)*:

☐ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

☐ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable Mary Geiger Lewis, United States District Judge.

Date: February 28, 2019

*CLERK OF COURT*

s/Debbie Stokes

*Signature of Clerk or Deputy Clerk*